IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL D. RAYMOND, et al.,

    Plaintiff,

vs.                                                  No. CIV-09-177 ACT/RHS

BRYAN NEAL, et al.,

    Defendants.

## ORDER

This matter is before the Court on Plaintiffs' Motion in Limine [Doc. 38], filed on March 28, 2011. The Court, having received no response from the Defendants, will grant the Motion in Limine pursuant to D.N.M.LR 7.1(b).

**IT IS ORDERED** that Plaintiffs' Motion in Limine is GRANTED.

_____
**ALAN C. TORGERSON**
**United States Magistrate Judge**