IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL D. RAYMOND, et al.,

    Plaintiff,

vs.                                         No. CIV-09-177 ACT/RHS

BRYAN NEAL, et al.,

    Defendants.

**ORDER ON DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST**

    This matter comes before the Court on Defendants' Objections to Plaintiffs' Exhibit list [Doc. 69]. The Court having carefully reviewed Plaintiffs' Exhibit List [Doc. 63], Plaintiffs' Witness List [Doc. 64] and Defendants' Objections, finds that the Plaintiffs have not identified any witness who can lay a foundation or testify with respect to Exhibit Numbers 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 and 23 and therefore the objections will be sustained. The Court will reserve ruling on Exhibit Numbers 21, 22 and 31.

    **IT IS SO ORDERED**.

                                                        **ALAN C. TORGERSON**
                                                        **United States Magistrate Judge**