**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


MICHAEL D. RAYMOND, et al.,

        Plaintiff,

vs.                                                        No. CIV-09-177 ACT/RHS

BRYAN NEAL, et al.,

        Defendants.


**ORDER ON DEFENDANTS' OBJECTIONS TO
PLAINTIFFS' PROPOSED VOIR DIRE**

      This matter comes before the Court on Defendants' Objections to Plaintiffs' Proposed Voir Dire [Doc. 79]. The Court has carefully reviewed the Plaintiffs' Proposed Voir Dire [Doc. 68] and the Defendants' Objections.

      Defendants' objections to question numbers 1-7 are overruled. Defendants' objections to question number 8 is overruled but counsel for Plaintiffs is instructed to substitute "as instructed by the Court" for "as I explain it to you." Defendants' objections to question number 9 is overruled.

      Defendants' objections to question numbers 18 - 68 are sustained.

      Defendants' objections to question number 69 is overruled.

      Defendants' objections to question numbers 78, 79, 80, 84, 87, 90, 91 and 92 are sustained.

      Defendants' objections to question numbers 76, 77, 81, 82, 83, 85, 86, 88, 89 and 93 are

overruled.

    **IT IS SO ORDERED.**

                                              **ALAN C. TORGERSON**
                                              **United States Magistrate Judge**