IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL D. RAYMOND, et al.,

    Plaintiff,

vs.                                                                                  No. CIV-09-177 ACT/RHS

BRYAN NEAL, et al.,

    Defendants.

## ORDER TO AMEND JUDGMENT DUE TO CLERICAL ERROR

    This matter comes before the Court *sua sponte*. Based on its review of the Judgment [Doc. 113] filed in this matter, the Court notes that the wording of the Judgment was less than precise with regard to Plaintiffs' state law tort claims of malicious abuse of process and contains a clerical mistake. Contrary to what is implied in the Judgment, at the close of evidence counsel for Defendants did in fact move for judgment as a matter of law as to Plaintiffs' state law tort claim of malicious abuse of process but the Court did not grant the motion. Therefore, pursuant to Fed.R.Civ.P. 60 (a), the Court will enter an Amended Judgment and it will be distributed to all parties in this matter.

                                **ALAN C. TORGERSON**
                                **United States Magistrate Judge**